IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30794
Conference Calendar

_____

MELVIN LOUIE SEWELL, JR.,

                                        Plaintiff-Appellant,

versus

STATE OF LOUISIANA ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-2164
- - - - - - - - - -

June 17, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Melvin Louie Sewell, Jr., federal inmate # 08439-035,
proceeding *pro se* and *in forma pauperis* (IFP), appeals the
district court's dismissal as frivolous, pursuant to 28 U.S.C.
§ 1915(e), of his civil rights lawsuit as barred by the Louisiana
prescriptive period of one year.  Sewell also moves this court to
appoint him counsel.  The motion is DENIED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Sewell does not address the district court's reason for dismissing his civil rights complaint, and thus, he has abandoned

the only issue for appeal.  *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).  The district court did not err in dismissing Sewell's complaint without allowing him to amend.  *See Jacquez v. Procunier*, 801 F.2d 789, 791 (5th Cir. 1986).

AFFIRMED; MOTION DENIED.